UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-mj-8422 WM

UNITED STATES OF AMERICA

v.

MAJOR DWAYNE BERNARD,

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes ✓ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? ___ Yes ✓ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? ___ Yes ___ No

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

BY: _____
Adam McMichael
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.    0772321
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:     (561) 820-8711
Fax:    (561) 820-8777
Email:  Brian.Ralston@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| v. | ) |
|  | ) Case No. 23-mj-8422 WM |
| MAJOR DWAYNE BERNARD, | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | |

FILED BY ___SW___ D.C.
**Aug 18, 2023**
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 19, 2023 - August 18, 2023  in the county of  Palm Beach  in the  Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. § 5861(d) | Possession of an unregistered machinegun |
| 18 U.S.C. § 933(a) | Trafficking in firearms |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Herbert "Kyle" Belga, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/18/2023

_____
*Judge's signature*

City and state:    West Palm Beach, FL

William Matthewman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT

I, **HERBERT KYLE BELGA**, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. Your affiant is currently a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and has served in that capacity since May 2021. Prior to my assignment with ATF, your affiant served in the United States Marine Corps for seven years as a Commissioned Officer. I am a graduate of the Federal Law Enforcement Training Center's criminal investigator training program as well as the ATF National Academy. As an ATF Special Agent, I have conducted and participated in investigations of a variety of federal crimes, including firearms and narcotics violations.

2. I make this Affidavit in support of a criminal complaint charging **Major D. BERNARD** (hereinafter "BERNARD") with violating federal law, that is, Title 26, United States Code, Section 5861(d) (possession of an unregistered machinegun) and Title 18 United States Code, Section 933(a) (trafficking in firearms).

3. The facts contained in this Affidavit come from my personal knowledge, training, and experience, as well as information obtained during my investigation from other members of law enforcement, witnesses, and the victims affected by these criminal violations. Because this affidavit is submitted for the limited purpose of obtaining a criminal complaint, it does not purport to contain all the facts known to me about the investigation, but rather, those facts that I submit establish probable cause of the offenses listed herein.

### PROBABLE CAUSE

4. On June 20, 2023, your affiant was made aware of suspected firearms and narcotics trafficking activities by an unknown person on a third-party messaging application, herein

Telegram. On Telegram, a messaging group by the name of "Da Za House" was suspected to be opened on or about January 19, 2023. The Telegram group was later renamed "Black Market" on June 30, 2023. A user who is the "admin" of the group, was identified by the username of "@CBGMONEYBAG." Since the creation of the group, @CBGMONEYBAG has posted numerous photographs and videos depicting various suspected firearms, Privately Manufactured Firearms (PMF), Machineguns (MG), MG Conversion Devices and narcotics on Telegram. PMFs are commonly referred to the general public as "Ghost Guns" or those without identifying features such as serial numbers.

5. Your affiant was also made aware of the process in which to find the Telegram group "Da Za House." On the Instagram account "https://www.instagram.com/cbg_moneybag/" the user with username "cbg_moneybag" listed the link of "linktr.ee/cbg_money_bag."

6. The full link, "https://linktr.ee/cbg_money_bag" directs users to a website called "Linktree." Your affiant is aware that Linktree is a website that allows users to collect all social media websites and applications or apps into a central location by the same creator. Specifically, persons utilizing "linktr.ee/cbg_money_bag" are brought to the Linktree of "@cbg_money_bag" where your affiant identified several different social media and music accounts with the common name of "cbg money bag" and its variants. Your affiant is aware that apps such as Telegram and Instagram are often installed and utilized on cellular devices. The pictures and videos that are uploaded to the apps can originate from the cellular device itself.

7. Agents observed several icons at the bottom of the Linktree account, to include the application Telegram and Google email. Your affiant noted that the email icon is linked to "cbgmoneybag@gmail.com." The youtube.com icon is linked to "https://www.youtube.com-/@CBG_Money_Bag" and the username for this YouTube account is "CBG_Money_Bag." The

2

icon for the application Telegram led to a URL of "https://t.me/+sJ6bUsCn8VkxMjgx" or the page "Da Za House" (now named "Black Market") with the group's description as "Za🍬 / perks 💊 /shrooms🍄/drink/🍶🥃 white girl ❄/Acid📄/xans 💊 /Carts 🛒 full auto switches/Guns/Addys 💊." The "Da Za House" appears to have been created on or about January 19, 2023.

8. On or about May 8, 2023, @CBGMONEYBAG posted a video on Telegram of a firearm's rear slide and frame and advertised suspected Oxycodone pills in a plastic orange medicine pill bottle. Your affiant noted that the rear slide serrations were similar to Glock-style pistols.

9. On or about May 23, 2023, @CBGMONEYBAG posted several pictures of suspected MG conversion devices on Telegram. Approximately six (6) AR-style and two (2) Glock-style suspected MG conversion devices are displayed by @CBGMONEYBAG with the messages of "Perk 30s coming to 💯 🍄" and "Switches to lmk 💯 🍄 🍄 💯" as depicted below. Your affiant is aware that "switches" is a common term for MG Conversion Devices commonly known as "Glock Switches." The Glock Switches convert a Glock-Style semiautomatic pistol to a fully automatic pistol (machinegun).

3



10.     On or about June 9, 2023, your affiant identified three (3) photographs of pistols along with narcotics in pill form posted by @CBGMONEYBAG on Telegram. The photographs contained approximately five (5) pistols and with three (3) being PMFs. One PMF is described to have a gray in color frame, black slide and black extended magazine. The other two (2) PMFs appeared to have the same black frame and dark tan slide, but different colored extended magazines. Two (2) suspected Glock Pistols were also posted, identifed as a tan 9mm Model 19x with an unknown Serial Number and a black Glock that is suspected to be Gen 5 (5th Generation Glock pistol) variant. Also depicted are extended magazines and a marijuana blunt. The comment of "Lmk anything an everything…" was posted following the pictures.

4

11. On or about June 11, 2023, @CBGMONEYBAG posted a video of two pistols and marijuana on the Telegram group "Da Za House." The following was posted after the picture, "Who want 200 flat" and "190?" The firearm at the top of the picture appears to depict a PMF-style pistol with a tan slide, black frame and no identifiable markings. Your affiant noted that the PMF pistols are assembled utilizing Polymer 80 pistol frames, which are common for privately manufactured firearms. The pistol on the bottom half of the photo seemingly depicted a black sub-compact pistol with wooden grips.



5

12. On June 14, 2023, @CBGMONEYBAG posted on Telegram, "Anything else coming in 2 to 3 days …just lmk …/561/703/2251." A query of Law Enforcement databases listed the phone number as being ported to a Major D. BERNARD with Sprint as the wireless provider.

13. A response to a subpoena to Sprint/T-Mobile revealed that the phone number 561-703-2251, is subscribed to "James Johns Trucking" and a subscriber address of "PO Box 6692, Delray Beach, FL 33482." The subscriber status was "Active," and an effective date was "11/23/2014."

14. Investigation determined that BERNARD gave law enforcement personnel the cell phone number of 561-703-2251 when BERNARD was interviewed on October 16, 2020, in Palm Beach Sheriff's Office Case No. 20-117318. Your affiant is further aware that "James Johns" resided in the same Lake Worth, Florida address as BERNARD, beginning on April 10, 2021, according to FL Driver and Vehicle Information Database. As such, you affiant believes that @CBGMONEYBAG on Telegram, @cbg_moneybag on Instagram, and BERNARD are the same person, that is, BERNARD.

15. On or about June 16, 2023, BENARD posted two (2) pictures of four (4) different pistols on Telegram. Two (2) firearms were seemingly posted again, with the first on June 9, 2023, a PMF that has a tan slide, black frame and tan extended magazine, and a Glock Pistol (Model: G19x, Caliber: 9mm, unknown S/N) and black extended magazine. The second photo depicts a suspected Glock Pistol (Model: G19x, Caliber: 9mm, Unknown S/N) with a tan extended magazine and a PMF Glock-style pistol, with a Polymer 80 (P80) frame, black slide with no identifiers listed and a tan magazine. BERNARD added the following message to the photographs, "Glocks foe sale lmk" and "1/650 2 /780."

16. On June 16, 2023, at 4:06 p.m., BERNARD posted a video on Telegram of narcotics to include suspected Marijuana and Promethazine. Seen in the video on top of a black microwave, two PMF Glock-Style pistols were observed. Your affiant noted that these pistols bare near similar resemblance to the PMF pistols posted at 4:00 p.m. on the same day. An extended magazine with what appeared to be ammunition loaded into it was also observed. Prior to the photos, BERNARD posted "Erks coming soon my fault... pharmacy be playing wit a N***a..."



17. On June 19, 2023, at 11:19 p.m., BERNARD posted a video on Telegram of a suspected, fully assembled Glock-style pistol with a silver MG Conversion Device on the rear of the firearm. This firearm is suspected to be capable of firing fully automatic. The suspected MG has a tan slide, black frame, a suspected tan extended magazine and "Sixray" pistol light. The

7

video also depicted a PMF pistol in the background, with a gray suspected P80 frame, black slide with no identifiers and a dark gray magazine. The unknown person in the video was observed to have manipulated the switch for semi-automatic or fully automatic operation on the suspected MG Conversion Device.

18. On June 23, 2023, BERNARD posted on Telegram the following picture and message "400/450 all different glitches..." The picture depicts numerous and various suspected AR-Style and Glock-Style MG Conversion Devices. The slang term used by BERNARD in this message for a MG Conversion Device for a Glock is "... glitches..." In a subsequent messages BERNARD stated, "Finna build Glock with switch on it" and "Want it text me throwing numbers..."



19. On June 24, 2023, BERNARD posted his telephone number, that is, 561-703-2251, on Telegram within a message that state, "Foc whatever..."

8

20. On June 26, 2023, BERNARD posted three (3) photos and one (1) video depicting Pistols, MGs and MG Conversion Devices on Telegram. In one of the photographs, approximately seven (7) unattached MG Conversion Devices are lined up, a suspected dark colored PMF pistol, and another tan PMF Pistol but with a MG Conversion Device attached to the rear slide. A close-up photo of the PMF with a MG Conversion device to the rear reveals milling and scratches, possibly showing recent installation. The message following the photos stated, "Lmk build an get any an everything..."



21. On June 28, 2023, at 5:16 p.m., BERNARD posted a picture of a suspected Glock "Switch" – Machinegun (MG) Conversion Device on Telegram. The Glock Switch appears to be black and has the markings of the Glock company logo and "MADE IN AUSTRIA."

9

22. On June 28, 2023, at 8:40 p.m., BERNARD posted on Telegram, three (3) photos of what appear to be a Privately Manufactured Firearm (PMF) pistol with a MG Conversion Device on the rear slide from different angles. The PMF appears to be a P80 pistol frame. BERNARD then posted, "Series offers only starting/910$/ comes wit ammo…". The PMF appears to have a silver barrel, black slide, black MG Conversion Device, gray frame and tan in color extended magazine. The Glock Switch on the rear of this PMF resembles the picture taken at 5:16 p.m. on July 28, 2023.

23. On June 28, 2023, at 10:01 PM according to the video on Telegram, the Glock-Style PMF is picked up off the ground and manipulated. This firearm and Glock Switch was suspected to have been posted earlier on June 28, 2023.

24. On June 29, 2023, at 12:40 p.m., BERNARD posted "Anything u want shipped is easy to…" and photo depicting United States Postal Service (USPS) prices for shipping on Telegram.

25. On June 30, 2023, at 3:22 PM, BERNARD changed the name and photo of the group. BERNARD renamed the Telegram group "Black Market" and included "Wee ship… always good" to the group's description.

26. According to the Telegram group chat, BERNARD posted a picture of a Glock-Style pistol with a MG Conversion Device on the rear slide at 4:02 p.m. on June 30, 2023. The markings of the suspected black Glock Switch include the Glock logo and "MADE IN AUSTRIA." The caption in the photo stated "Just LMK…"



27. On June 30, 2023, at 10:28 p.m., BERNARD posted a video on Telegram of an unknown person shooting a Glock-style firearm with a Glock Switch attached to the rear of the slide. In the video, a person narrates, "here go to fully" just before firing the suspected machinegun. The firearm is suspected to be or resemble the firearm posted on June 28, 2023, with a black Glock Switch, gray frame, black slide and tan extended magazine on Telegram.

28. Following the video on Telegram of the suspected fully automatic Glock-style pistol, BERNARD posted two (2) follow-on messages to the group. The first at 10:59 p.m., "All my Gun builds work an all Switches work… an non of my drugs fake…" and "Hit me whenever…" The second message at 11:00 p.m., "Best plug u probably know always gon work wit u…"

29. On July 5, 2023, at 8:22 am, BERNARD posted a video on Telegram depicting a video of an unknown person demonstrating the automatic capability of a Glock-Style firearm. That

11

firearm was depicted to have a tan or gold slide, black frame and black Glock Switch attached. Your affiant notes that this firearm resembles another firearm shown on June 19, 2023. The following message stated, "July 4 deals lmk only on guns an glitches…"

30. Several photographs of the suspected machineguns and MG Conversion Devices from Telegram were sent to the Bureau of Alcohol, Tobacco, Firearms and Explosives' Firearms Technology Branch (FTB) for preliminary identification. ATF FTB's preliminary determination was that the parts appear to be machinegun conversion devices of various types and construction. ATF FTB further stated that some appear to be machined from metal and some appear to be 3D printed. These types of machinegun conversion devices include Glock Switches, Glock Chips (non-select fire capability) and several designs of AR-15 style conversion devises known as "swift links," "Yankee Boogle," "Moms Demand," and Trigger Control Group Travel Reducers (TCGTR).

31. Your affiant is aware that persons involved in firearms and drug trafficking often use mobile payment services such as Cash App or Zelle to send or receive money from customers. Upon entering the BERNARD's cell phone number on Cash App, your affiant identified a "Cashtag" of "cbgmoneybag," the known alias of BERNARD.

32. On or about July 18, 2023, your affiant served a subpoena on Block, Inc., for subscriber information of BERNARD's suspected account on Cash App. On or about July 26, 2023, Block, Inc., responded to the subpoena. The records provided by Block, Inc., confirmed that BERNARD utilizes the cell phone number of 561-703-2251 on current and other Cash App accounts.

33. On July 20, 2023, a search warrant was obtained for records pertaining to BERNARD's suspected Instagram account, username: "cbg_moneybag" (Case No. 23-mj-8357-

BER, Southern District of Florida). The search warrant directed Instagram to provide records, including subscriber information, device information, and content records.

34. According to Telegram, on August 2, 2023, at 1:08 p.m., BERNARD as "@CBGMONEYBAG" posted a video of himself firing a MG next to a body of water and guard rail. BERNARD's face is observed in the video and visible tattoos are consistent with previous social media photos posted by BERNARD. The MG is consistent with previous photos posted by BERNARD, a Glock-style pistol with a suspected MG Conversion Device installed.

35. Instagram responded to the Search Warrant on August 10, 2023. The response included, but not limited to, account identifiers, user posted pictures and videos. The registered user listed an email address of "majorbernard1@gmail.com," verified phone number of 561-703-2251, and date of birth of "2002-11-20." The account information listed the registration date as "2021-06-03 13:34:22 UTC" and "Account Still Active."

36. On August 7, 2023, law enforcement obtained a search warrant for location information for the BERNARD's cell phone number (Case No. 23-mj-8389-WM, Southern District of Florida). T-Mobile responded to the search warrant on August 7, 2023. On or about August 8, 2023, your affiant conducted surveillance at the 1420 South C Street, Lake Worth, FL 33460, to confirm the GPS location information. At approximately 5:50 p.m., your affiant observed BERNARD enter the residence, then leave in a dark blue Nissan Altima, which was previously observed by LE personnel. The GPS location information correlated with the physical location of BERNARD.

37. On August 16, 2023, your affiant obtained a residential search warrant for the address of 1420 S "C" St. Lake Worth, FL (Case No. 23-8413-WM, Southern District of Florida)

and a cell-phone search warrant for the phone subscribed with phone number 561-703-2251 (Case No. 23-8414-WM).

38. On August 18, 2023, your affiant and LE personnel conducted a federal residential search warrant on 1420 S "C" St. Lake Worth, FL at 6:00 a.m. wherein BERNARD was detained. LE personnel recovered a Glock, Model G23, .40 Caliber, Pistol, S/N: AGAT685 with a Machinegun Conversion Device commonly referred to as a "Glock Chip" or "Glock Switch" attached, with an extended magazine, twenty-two (22) .40 rounds, thirteen (13) "Glock Switch" Machinegun conversion devices, and fifteen (15) .40 Caliber rounds.

39. Your affiant and with ATF Task Force Officer (TFO) Daniel Fuchsman interviewed BERNARD after being placed in a PBSO cruiser. In an audio-recorded interview, your affiant read BERNARD his constitutional *Miranda* warnings from a *Miranda* rights card wherein BERNARD verbally agreed to acknowledging and understanding his rights and agreed speak with your affiant and TFO Fuchsman.

40. Post-Miranda, BERNARD stated that "cbg moneybag" is his common username for several social media platforms. BERNARD stated that he has posted firearms on his Instagram and Telegram, having "Switches" or Machinegun Conversion Devices in his possession at the 1420 S "C" Street address. BERNARD stated using Telegram initially to purchase marijuana then evolved to receive Glock Switches for another person to pick up. BERNARD agreed to be moved to a different location to be interviewed, PBSO District 14 in Lake Worth, FL. BERNARD informed TFO Fuchsman that the "stuff," later identified as the MG (Glock, G23 with a MG conversion device) and Glock switches are in the white impala, within the premises' curtilage were supposed to be picked up later that day.

41. At PBSO District 14, your affiant informed BERNARD of the *Miranda* rights given earlier, and BERNARD agreed to continue to speak with your affiant and ATF TFO Kevin Drummond. This interview was audio and video recorded. BERNARD stated receiving MGCDs from another Telegram group admin, being sent to the 1420 S "C" Street address by UPS or USPS mail. After receiving these MGCDs, BERNARD said that a person nicknamed "SWIFT", described as a tall black male, would then retrieve the MGCDs from BERNARD and pay him between $100 to $150. BERNARD recalls giving "SWIFT" firearms or MGCDs approximately four (4) times, earning a total of between $400 to $500. BERNARD informed TFO Drummond where to find Glock Switch videos and the Telegram group on youtube.com.

42. BERNARD stated it was him who fired the Machinegun in the posted video to Telegram on June 30, 2023. BERNARD stated that with each trigger pull, several rounds were fired with the MG. BERNARD further stated that he installed the MG Conversion Device on the firearm, citing youtube.com as the source of information.

43. When asked by your affiant about the MG firing video posted on Telegram on August 2, 2023, BERNARD stated that he did shoot the MG and was the person who originally installed the MGCD.

44. BERNARD stated to having received the thirteen (13) Glock Switches through United Parcel Service (UPS) or USPS approximately 1.5 weeks prior. BERNARD further stated that the Glock 23 with a MGCD, or Glock Switch, that was recovered during the search warrant was installed by him (BERNARD) and "SWIFT".

45. When reviewing the evidence collected from the search warrant, your affiant with his training and experience, notes that the Glock Switches are similar to previously posted MGCDs by BERNARD. Your affiant functioned tested the recovered suspected MG (Glock, G23 pistol

with a MGCD or "Glock Switch" attached) and the firearm functioned consistent with a Machinegun, by appearing to be able to expel more than one projectile with the single function of the trigger.

## CONCLUSION

On the basis of the foregoing, your affiant respectfully submits that probable cause exists to charge defendant **Major Dawyne BERNARD** with Title 26, United States Code, Section 5861(d) (possession of an unregistered machinegun); and Title 18 United States Code, Section 933(a) (trafficking in firearms) withing the Southern District of Florida.

FURTHER YOUR AFFIANT SAYETH NOT

Respectfully submitted,

_____
Herbert Kyle Belga,
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and Attested to me by Applicant on this 18th day of August, 2023 by Telephone (Facetime) per Fed. R. Crim. P. 4(d) and 4.1

_____
HON. WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

16

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

### CASE NO. 23-mj-8422 WM

Defendant's Name: **MAJOR DWAYNE BERNARD**,

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Possession of Unregistered Machinegun | 26 U.S.C. § 5861(d) | 10 years' imprisonment<br>$10,000 fine<br>3 years' supervised release<br>$100 special assessment |
| 2 | Trafficking in Firearms | 18 U.S.C. § 933(a) | 15 years' imprisonment<br>$250,000 fine<br>3 years' supervised release<br>$100 special assessment |