**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 23-cr-80155-Rosenberg/Reinhart
_____

26 U.S.C. § 5861(d)
26 U.S.C. § 5861(e)
26 U.S.C. § 5872

UNITED STATES OF AMERICA

vs.

**MAJOR DWAYNE BERNARD,**

        **Defendant.**
_____/

FILED BY _____ D.C.

AUG 2 4 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Possession of an Unregistered Machinegun
### (26 U.S.C. §§ 5841, 5861(d), and 5871)

On or about July 28, 2023, in Palm Beach County, in the Southern District of Florida, the

defendant,

**MAJOR DWAYNE BERNARD,**

did knowingly possess a machinegun, as defined under Title 26, United States Code, Sections

5845(a) and (b), and Title 18, United States Code, Section 921(a)(24), which is commonly referred

to as a "Glock Switch," not registered to him in the National Firearms Registration and Transfer

Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

### COUNT 2
### Transfer of an Unregistered Machinegun
### (26 U.S.C. §§ 5841, 5861(e), and 5871)

On or about July 28, 2023, in Palm Beach County, in the Southern District of Florida, the

defendant,

1

**MAJOR DWAYNE BERNARD,**

did knowingly transfer a machinegun, as defined under Title 26, United States Code, Sections 5845(a) and (b), and Title 18, United States Code, Section 921(a)(24), which is commonly referred to as a "Glock Switch," not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(e), and 5871.

## COUNT 3
### Possession of an Unregistered Machinegun
### (26 U.S.C. §§ 5841, 5861(d), and 5871)

On or about August 18, 2023, in Palm Beach County, in the Southern District of Florida, the defendant,

**MAJOR DWAYNE BERNARD,**

did knowingly possess a machinegun, as defined under Title 26, United States Code, Sections 5845(a) and (b), and Title 18, United States Code, Section 921(a)(24), which is commonly referred to as a "Glock Switch," not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

### FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **MAJOR DWAYNE BERNARD**, has an interest.

2.      Upon conviction of a violation of Title 26, United States Code, Section 5861, as alleged in this Indictment, the defendant shall forfeit to the United States any firearm involved in the offense, pursuant to Title 26, United States Code, Section 5872.

2

All pursuant to Title 26, United States Code, Section 5872, and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

BRIAN RALSTON
ASSISTANT UNITED STATES ATTORNEY

3

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

CASE NO.: ___23-cr-80155-Rosenberg/Reinhart___

v.

Major Dwayne Bernard

_____/
                Defendant.

**Court Division** (select one)

- ☐ Miami
- ☐ Key West
- ☐ FTP
- ☐ FTL
- ☒ WPB

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of counts _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    ☒ 0 to 5 days                 ☐ Petty
   II   ☐ 6 to 10 days                ☐ Minor
   III  ☐ 11 to 20 days               ☐ Misdemeanor
   IV   ☐ 21 to 60 days               ☒ Felony
   V    ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 23-mj-9422-WM
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of August 18, 2023
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

By: _____
Brian D. Ralston
Assistant United States Attorney
Court ID No.   A5502727

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  MAJOR DWAYNE BERNARD

**Case No**:  23-cr-80155-Rosenberg/Reinhart

Count 1:

Possession of an Unregistered Machinegun

26 U.S.C. § 5861(d)
* **Max. Term of Imprisonment: 10 years**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release: 3 years**
* **Max. Fine:  $10,000**
* **Special Assessment: $100**

Count 2:

Transfer of an Unregistered Machinegun

26 U.S.C. § 5861(e)
* **Max. Term of Imprisonment: 10 years**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release: 3 years**
* **Max. Fine:  $10,000**
* **Special Assessment: $100**

Count 3:

Possession of an Unregistered Machinegun

26 U.S.C. § 5861(d)
* **Max. Term of Imprisonment: 10 years**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release: 3 years**
* **Max. Fine:  $10,000**
* **Special Assessment: $100**

**\*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**